

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2021

No. 04-21-00378-CR

Bobby **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR13098
The Honorable Velia J. Meza, Judge Presiding

# O R D E R

The reporter's record was due on December 3, 2021. However, the court reporter has filed a notification of late record requesting an extension of time to file the reporter's record. The request is GRANTED. The reporter's record is due on or before **January 4, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2021.

_____
Michael A. Cruz,
Clerk of Court